UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



CLERK USDC EDWI
FILED

2026 MAR 24 A 10: 45

UNITED STATES OF AMERICA,

               Plaintiff,

            v.

DANTE D. BRACEY, JR.

              Defendant.

Case No.  26-CR- **2 6 - CR - 06 3**

[18 U.S.C. §§ 844(i), 2261A(2) & 844(h)]

---

## INDICTMENT

---

### THE GRAND JURY CHARGES THAT:

On or about January 10, 2026, in the State and Eastern District of Wisconsin,

### DANTE D. BRACEY, JR.

maliciously damaged, by means of fire, XX69 N. Sherman Blvd. in Milwaukee, Wisconsin, which

was a building used in interstate commerce.

In violation of Title 18, United States Code, Section 844(i).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about April 30, 2025, and on or about January 15, 2026, in the State and Eastern District of Wisconsin,

**DANTE D. BRACEY, JR.,**

knowingly and with the intent to injure, harass, and intimidate another person, namely, AV, used an electronic communication service, electronic communication system of interstate commerce, and a facility of interstate commerce, to engage in a course of conduct that placed AV in reasonable fear of death and serious bodily injury and that caused, attempted to cause, and was reasonably expected to cause substantial emotional distress to AV.

In violation of Title 18, United States Code, Sections 2261A(2)(A) and 2261A(2)(B).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 10, 2026, in the State and Eastern District of Wisconsin,

**DANTE D. BRACEY, JR.**

knowingly used fire to commit a felony prosecutable in a court of the United States, namely

cyberstalking, as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Section 844(h).

A TRUE BILL:

███████████████████

FOREPERSON

Dated: 3-24-26

———————————————
ABBEY M. MARZICK
Assistant United States Attorney